# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES E. & PAMELA RENE REED ) | CASE NO.  12-50163 |
| ) | CHAPTER 7 |
| ) | |
| DEBTORS ) | |

## NOTICE OF CHANGE OF CREDITOR ADDRESS

This is to notify the Court that the address for the following creditor has changed from the previously listed address to the current address as follows:

**Current Address**

Sears Bankruptcy Recovery
P O Box 790034
Saint Louis, MO 63179-0034

Dated:    October 28, 2014

Respectfully submitted,

THE MOORE LAW FIRM, L.L.P.

 s/s   Bill F. Payne
BILL F. PAYNE, SBN 15649500
100 North Main Street
Paris, Texas 75460
Telephone 903-784-4393
Facsimile   903-785-0312