# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re<br><br>**JAMES E REED &**<br>**PAMELA RENE REED,**<br><br><br><br>Debtors. | In Chapter 11 Proceeding<br>Case No. 12-50163<br><br>**WITHDRAWAL OF**<br>**PROOF OF CLAIMS No. 28**<br>BANKRUPTCY JUDGE:<br>Brenda T. Rhoades |

**COMES NOW**, Recovery Management Systems Corporation, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws its Proof of Claim filed for GE Capital Retail Bank on January 17, 2013 in the amount of $798.86, the same being docketed as No. 28 on the Court's claims register.

RECOVERY MANAGEMENT SYSTEMS CORPORATION hereby releases the Chapter 11 Trustee from any further liability for the above-mentioned Proof of Claim, and requests the Chapter 11 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

Dated: This 12th day of February, 2015

RECOVERY MANAGEMENT SYSTEMS CORPORATION

By:    /s/Ramesh Singh

As authorized agent for:

RECOVERY MANAGEMENT SYSTEMS CORPORATION
ASSIGNEE OF GE Capital RETAIL BANK
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FLORIDA 33131-1605

# Certificate of Service

I hereby certify that a copy of the foregoing was served electronically through the Court's ECF filing system to the following parties:

**BILL F PAYNE**
Attorney for debtors

**U.S. TRUSTEE**
Chapter 11 Trustee

Dated:  This 12th day of February, 2015

/s/Ramesh Singh_____
RAMESH SINGH
RECOVERY MANAGEMENT SYSTEMS CORPORATION
ASSIGNEE OF GE Capital RETAIL BANK
25 S.E. SECOND AVENUE
INGRAHAM BUILDING SUITE 1120
MIAMI, FL 33131-1605
TEL:  (305) 379-7674
FAX: (305) 374-8113