# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas (Texarkana)

IN RE:

Debtors: James E. Reed and Pamela Rene Reed

Case No.:   12-50163

Loan Number (Last 4):   7837

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Cenlar FSB |
|---|---|
| Name of Transferee | Name of Transferor |
| PO Box 619096 | Court Claim # (if known): 13 |
| Dallas, TX 75261-9741 | Amount of Claim:   $280,898.46 |
|  | Date Claim Filed:   10/26/2012 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   4799 |
| Last Four Digits of Acct #:   7837 |  |

Name and Address where transferee payments should be sent (if different from above):

PO Box 619094
Dallas, TX 75261-9741

Phone:   877-782-7612

Last Four Digits of Acct #:   7837

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Megan Koza                    Date:   06/26/2015
   Assistant Secretary
   (Filed by: Michael Daniels)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1425462-49ff840c-e38b-4099-b950-d0606577e716