210B (12/09)

# United States Bankruptcy Court

Eastern District of Texas
Case No. 12-50163
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James E. Reed<br>6711 Ridgecrest Place<br>Texarkana TX 75503 | Pamela Rene Reed<br>6711 Ridgecrest Place<br>Texarkana TX 75503 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/26/2015.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Cenlar FSB, P.O. Box 11733, Newark, NJ 07101-4733 | Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/01/15                                           Jeanne Henderson
                                                           **CLERK OF THE COURT**

```
United States Bankruptcy Court
   Eastern District of Texas
```

In re:                                                                Case No. 12-50163-btr
James E. Reed                                                         Chapter 11
Pamela Rene Reed
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0540-5          User: carterl          Page 1 of 1          Date Rcvd: Jun 29, 2015
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2015.
6407137        Cenlar FSB,    P.O. Box 11733,    Newark, NJ 07101-4733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2015 at the address(es) listed below:
              Bart C. Craytor    on behalf of Creditor    1st Bank bcraytor@gmail.com, bcraytor@yahoo.com
              Bill F. Payne    on behalf of Debtor James E. Reed lgarner@moorefirm.com,
               TX21@ecfcbis.com;bpayne@ecf.epiqsystems.com
              Bill F. Payne    on behalf of Attorney Bill F. Payne lgarner@moorefirm.com,
               TX21@ecfcbis.com;bpayne@ecf.epiqsystems.com
              Bill F. Payne    on behalf of Joint Debtor Pamela Rene Reed lgarner@moorefirm.com,
               TX21@ecfcbis.com;bpayne@ecf.epiqsystems.com
              Christopher M Sylvia    on behalf of Creditor    The Peoples State Bank csylvia@peoplesstate.com,
               dbussell@peoplesstate.com
              John M. Vardeman    on behalf of U.S. Trustee    US Trustee john.m.vardeman@usdoj.gov
              Katherine T. Hopkins    on behalf of Creditor    Farrm Credit Services of Western Arkansas
               katherine.thomas@kellyhart.com
              Kirk A. Schwartz    on behalf of Creditor    NationStar Mortgage LLC kschwartz@logs.com,
               txbkeastern@logs.com
              Lee Gordon    on behalf of Creditor    Bowie CAD denise.gibson@mvbalaw.com;kim.morriss@mvbalaw.com
              Matthias Kleinsasser    on behalf of Creditor    Farrm Credit Services of Western Arkansas
               matthias.kleinsasser@kellyhart.com, bonnie.peck@kellyhart.com
              R. Christopher Naylor    on behalf of Creditor    Wells Fargo Bank, N.A. kimg@dntlaw.com
              R. Christopher Naylor    on behalf of Creditor    WELLS FARGO BANK, N.A. kimg@dntlaw.com
              Stephanie Elaine Kaiser    on behalf of Creditor    Farrm Credit Services of Western Arkansas
               stephanie.kaiser@lonestaragcredit.com
                                                                                               TOTAL: 13