IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-50163 |
| JAMES E. REED and | § | |
| PAMELA RENE REED | § | |
|    *Debtors* | § | CHAPTER 11 |

## **REQUEST FOR NOTICES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Nationstar Mortgage, LLC respectfully files this Request for Notices. Copies of all such notices and pleadings should be sent to:

**H. Gray Burks, IV**
**ShapiroSchwartz, LLP**
**gburks@logs.com**

       Respectfully submitted,

       By    /s/ H. Gray Burks, IV
       H. Gray Burks, IV
       State Bar No. 03418320
       Kirk A. Schwartz
       State Bar No. 24004908
       ShapiroSchwartz, LLP
       13105 Northwest Freeway, Suite 1200
       Houston, Texas  77040
       Telephone: (713) 462-2565
       Facsimile: (847) 879-4854

       *Attorneys for Nationstar Mortgage, LLC*