EOD

10/28/2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

IN RE:
James E. Reed
6711 Ridgecrest Place
Texarkana, TX 75503
SSN: XXX-XX-1195
Debtor

Case No. 12-50163 btr
Chapter: 11

Pamela Rene Reed
6711 Ridgecrest Place
Texarkana, TX 75503
SSN: XXX-XX-7444
Joint Debtor

## FINAL DECREE

ON THIS DATE the Court reviewed the file in the above-referenced Chapter 11 case. On October 26, 2016, this Court entered a "Discharge of Individual Debtor in a Chapter 11 Case" for the benefit of each of the above-referenced individual debtor(s), after no timely objection to the entry of such discharge order was filed by any party within the 30-day objection period established by an order entered by the Court on September 21, 2016 and noticed to all parties listed on the mailing matrix as constituted by the Court on that date. With the discharge order having been properly entered without objection, and in the absence of any unresolved administrative issue or other circumstance known to the Court which would preclude the closing of this case, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 11 reorganization case is hereby **CLOSED**

Signed on 10/28/2016

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE